UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re:

DALE SLOAN and DEBBIE SLOAN

Bankruptcy No. 09-03626-FLK7

Debtors.

ROBERT BRESHEARS, a single person,

Adversary No. 09-80133-FLK

Plaintiff,

vs.

DALE SLOAN and DEBBIE SLOAN, husband and wife, and GERALD L. GROENIG and BETH MARIE GROENIG, husband and wife,

Defendants.

PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW, COMBINED WITH RECOMMENDATION REGARDING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT

The Bankruptcy Court has examined the records in this Adversary Proceeding and finds it to be a noncore proceeding and for that reason the Bankruptcy Court is without authority to enter a final judgment. The Plaintiff has requested the entry of a default judgment. A copy of the proposed default judgment against Gerald L. Groenig and Beth Marie Groenig is attached hereto as Exhibit A. This Court has determined that the default judgment should be entered based upon the declaration of Michael F. Shinn in support of the motion for default judgment and the affidavit of Robert Breshears.

Proposed Findings and Conclusions
and Recommendations                -1-

## FINDINGS

This Court now finds that the second amended complaint filed on October 25, 2010, along with the summons issued on October 28, 2010, were served upon Gerald L. Groenig and Beth Marie Groenig as demonstrated by the certification of service filed on November 3, 2010. The Court further finds that the defendants failed to plead or otherwise defend within the time prescribed by law and rule. The Court further finds that on November 1, 2010, the plaintiffs duly and timely requested the entry of a judgment by default which is supported by the declaration signed by Michael Shinn and filed on the same day. This Court entered an order of default on December 10, 2010.

## CONCLUSIONS

This Court concludes the plaintiff is entitled under applicable law to the entry of judgment by default.

## RECOMMENDATION

Therefore it is recommended that the District Court award default judgment to the plaintiff in the principal judgment amount of $665,000.00, plus prejudgment and postjudgment interest as itemized on attached Exhibit A.

## OBJECTIONS

As provided in Federal Rule of Bankruptcy Procedure 9033(b), within 14 days after being served with these proposed findings of fact and conclusions of law a party may file and serve a written objection with the Clerk of the United States Bankruptcy Court, Eastern District of Washington. The objection shall identify the specific proposed findings and conclusions objected to and state the grounds for such objection. A party may respond to another party's objection within 14 days after being served with a copy of the objection. A party objecting to the bankruptcy judge's proposed findings or conclusions shall arrange promptly for the transcription of the record, or such

portions thereof as all parties may agree upon or the bankruptcy judge deems sufficient. Any objections and applicable pleadings or documents will be forwarded by the Clerk of the Bankruptcy Court to the Clerk of the United States District Court.

*Frank L. Kurtz*
Frank L. Kurtz
Bankruptcy Judge

03/22/2012 18:30:05

Proposed Findings and Conclusions
and Recommendations                -3-

Michael F. Shinn, WSBA 14679  
Velikanje Halverson P.C  
405 East Lincoln  
P.O. Box 22550  
Yakima, WA 98907  
Telephone (509) 248-6030  
Fax (509) 453-6880  
mshinn@vhlegal.com  

HONORABLE FRANK L. KURTZ

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

In Re:

DALE SLOAN and DEBBIE SLOAN

Debtors,

ROBERT BRESHEARS, a single person,

Plaintiff,

v.

DALE SLOAN and DEBBIE SLOAN, husband and wife, and GERALD L. GROENIG and BETH MARIE GROENIG, husband and wife,

Defendants.

Case No.: 09-03626-FLK7

Adv. Pro. No. 09-80133-FLK

DEFAULT JUDGMENT AGAINST DEFENDANTS GERALD L. GROENIG AND BETH MARIE GROENIG

### JUDGMENT SUMMARY

JUDGMENT CREDITOR : ROBERT BRESHEARS, a single person

JUDGMENT DEBTOR : GERALD L. GROENIG AND BETH MARIE GROENIG, husband and wife

Velikanje Halverson P.C.  
405 East Lincoln Ave.  
P.O. Box 22550  
Yakima, WA 98907  
(509) 248-6030

DEFAULT JUDGMENT - 1

| | | |
|---|---|---|
| PRINCIPAL JUDGMENT AMOUNT | : | $665,000 |
| PRE-JUDGMENT INTEREST RATE | : | 12% per annum |
| PREJUDGMENT INTEREST | : | $290,122.19 |
| TOTAL JUDGMENT | : | $955,122.19 |
| POST-JUDGMENT INTEREST RATE | : | .13% per annum |
| ATTORNEY'S FOR JUDGMENT CREDITOR | : | MICHAEL F. SHINN of VELIKANJE HALVERSON P.C. |
| JUDGMENT DEBTORS | : | No attorney appearing for Defendant |

THIS MATTER having been presented upon the request of the Plaintiff for Default Judgment, pursuant to FRBP 7055(b)(1), following the entry of an Order of Default against the Defendants Gerald L. Groenig and Beth Marie Groenig, husband and wife, Plaintiff having made its request for entry of Default Judgment by the Clerk, and supported by the Affidavit of Robert Breshears showing the amount due, now, therefore, the aforementioned Judgment is entered against the Defendants Gerald L. Groenig and Beth Marie Groenig, husband and wife, in the principal amount of $665,000, with pre-judgment interest thereon of $290,122.19 through December 12, 2011, for a total judgment of $955,122.19.

DEFAULT JUDGMENT - 2

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

09-80133-FLK   Doc 60   Filed 12/06/11   Entered 12/06/11 10:23:02   Pg 4 of 5

09-80133-FLK   Doc 63   Filed 03/22/12   Entered 03/23/12 16:25:30   Pg 5 of 6

Presented by:

s/Michael F. Shinn, WSBA 14679
Velikanje Halverson P.C.
Attorneys for Robert Breshears
405 East Lincoln Avenue
P.O. Box 22550
Yakima, Washington 98907
Telephone: (509) 248-6030
Fax: (509) 453-6880
Email: mshinn@vhlegal.com

G:\MFS\FIRST AMERICAN TITLE-07785\Hedgewood-008\Pleadings\Sloan Bankruptcy\Adversary Proceeding\Default Judgment.doc
11/15/2011 4:16 PM jlf

DEFAULT JUDGMENT - 3

Velikanje Halverson P.C.
405 East Lincoln Ave.
P.O. Box 22550
Yakima, WA 98907
(509) 248-6030

09-80133-FLK    Doc 60    Filed 12/06/11    Entered 12/06/11 10:23:02    Pg 5 of 5

09-80133-FLK    Doc 63    Filed 03/22/12    Entered 03/23/12 16:25:30    Pg 6 of 6